IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-CR-226 |
| YUCHEN ZHANG,<br>a/k/a Jia Wu, | |
| *Defendant.* | |

## STATEMENT OF FACTS

The United States and the defendant, YUCHEN ZHANG (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.      From on or about October 12, 2019 to on or about July 14, 2020, in the Eastern District of Virginia and elsewhere, the defendant, YUCHEN ZHANG, knowingly and intentionally conspired and agreed with He Li, Shouming Sun and others to commit wire fraud, contrary to Title 18, United States Code, Section 1343, by knowingly devising and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and to transmit and cause to be transmitted interstate wire communications in furtherance of the conspiracy, and in violation of Title 18, United States Code, Section 1349.

2.      In order to effect the object of the conspiracy, the defendant and his co-conspirators engaged in the following conduct in the Eastern District of Virginia and elsewhere:

a.      Conspirators contacted victims by telephone or through social media.

1

b.      Conspirators assumed fictitious identities, including falsely claiming to be from the Internal Revenue Service, the Social Security Administration, or employees of businesses or financial institutions known to the victims, and, among others ruses, falsely told victims they were entitled to grants or refunds, or in some cases had their personal identification information compromised.   In other cases, unidentified co-conspirators developed on-line relationships with victims as a means to commit the fraud and effect the object of the conspiracy.

c.      Based on false representations, conspirators fraudulently induced more than 500 victims to purchase gift cards, including gift cards to be redeemed at Walmart and Sam's Club stores.

d.      Conspirators then directed the victims to send to members of the conspiracy through wire communications the gift cards' redemption codes, which are codes used to redeem the value of the gift cards without having the physical cards.

e.      Defendant ZHANG and co-conspirators Li and Sun used the redemption codes obtained by fraud to purchase goods and services for their personal benefit and the benefit of their co-conspirators primarily at Walmart and Sam's Club locations.   These transactions occurred in the Eastern District of Virginia and elsewhere and each transaction transmitted and caused to be transmitted interstate wire communications in furtherance of the conspiracy.

**<u>Victim-1</u>**

3.      Victim-1 ("V-1") met an unidentified co-conspirator while playing an online multiplayer crossword-puzzle game.   V-1 believed he/she had developed a virtual friendship with the unidentified co-conspirator, and they began communicating via Google Hangouts. The unidentified co-conspirator repeatedly requested to borrow money from V-1 for various reasons, including to pay off debts.   In January 2020, the co-conspirator convinced V-1 to purchase gift

cards from two Walmart stores in Nampa, Idaho, in order to assist the unidentified conspirator in paying off a debt.   The conspirator told V-1 that they would send V-1 a check as reimbursement. Based on the conspirator's false representations, on January 29, 2020, V-1 purchased four gift cards with redemption codes ending in 1883, 0958, 4918, and 6234 from two Walmart stores in Nampa, Idaho.   V-1 then sent the redemption codes to the co-conspirator via Google Hangouts.

4.     On January 30, 2020, the day after V-1 purchased the gift cards and sent the redemption codes to the unidentified conspirator, ZHANG made purchases using three of the four gift card redemption codes (1883, 0958, and 6234) at the Walmart in Haymarket, Virginia, which is located within the Eastern District of Virginia.   V-1 gave the conspirator access to her checking account for the conspirator to deposit a check as repayment, but the check never cleared.

**Victim-2**

5.     On January 30, 2020, Victim-2 ("V-2") received a call from an unidentified co-conspirator claiming to be from the Social Security Administration who advised V-2 that his/her social security number was being used by an individual that crossed the border into the United States illegally. The co-conspirator directed V-2 to purchase Walmart and Target gift cards as a means to protect V-2's social security number.   Also, on January 30, 2020, and as a result of the conspirator's false and fraudulent representations, V-2 purchased two gift cards with redemption codes ending in 5235 and 5826 from the Walmart in Lynchburg, Virginia, as well as two gift cards from the Target in Lynchburg, Virginia.   V-2 then provided the gift cards' redemption codes to the co-conspirator who falsely claimed to be from the Social Security Administration.

6.     On January 30, 2020, the same day a co-conspirator fraudulently induced V-2 to purchase four gift cards and to transmit the cards' redemption codes to the co-conspirator, ZHANG

3

made purchases using the redemption codes ending in 5235 and 5826 at the Walmart in Haymarket, Virginia, which is located within the Eastern District of Virginia.

7.     Later in the day on January 30, 2020, V-2 contacted a Walmart employee to determine if the gift cards had been used, at which time the employee told V-2 that he/she was the victim of a fraud and refunded her a portion of the gift card.   On January 31, 2020, V-2 received another call from the same co-conspirator requesting more money to which V-2 responded he/she knew this was a scam and the co-conspirator hung up.

### Victim-3

8.     On January 29, 2020, Victim-3 ("V-3"), who is employed as an executive officer of an oil company, received an email from an unidentified co-conspirator fraudulently using the name of the company's Chief Executive Officer ("CEO") located in Texas. The email directed V-3 to purchase gift cards as a reward for the company's employees. On January 29, 30, and 31, V-3 purchased several gift cards from Walmart, including gift cards with redemption codes ending in 9055 and 6010, as well as gift cards from CVS and Walgreens in Stephenville, Texas.   V-3 then sent images of the backs of the cards containing the redemption codes to the co-conspirator's email account. V-3 eventually realized the email was a scam, because V-3 spoke with the CEO who denied sending the email. Additionally, the email came from an account which was different from the known account belonging to the CEO.

9.     On January 30, 2020, ZHANG made purchases using the Walmart gift card redemption codes ending in 9055 and 6010 at the Walmart in Haymarket, Virginia, which is located within the Eastern District of Virginia.

## Conclusion

10.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

11.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:   September 16, 2020          By:   _____/s/_____

William Fitzpatrick
Assistant United States Attorney
Viviana Vasiu
Special Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, YUCHEN ZHANG, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
YUCHEN ZHANG

I am Lula Hagos, defendant YUCHEN ZHANG's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Lula Hagos, Esq.
Attorney for YUCHEN ZHANG