IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:20-CR-226 |
| | ) | |
| YUCHEN ZHANG, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

The United States respectfully moves this Court to continue the initial appearance for the Defendant YUCHEN ZHANG. The Government was informed by Probation that ZHANG was arrested by Arlington County on approximately October 13, 2022, and, according to the Arlington County Sheriff's Office, ZHANG is still being held without bail. As a result, he will not be available for his initial appearance before Judge Davis on February 28, 2023 at 10:00 AM, which is ordered by summons.

Wherefore, the United States moves this Court to continue the initial appearance for Defendant YUCHEN ZHANG to 10:00 A.M. on March 7, 2023.  According to the Arlington County Sheriff's Office, this is one day after the defendant's next state court appearance on March 6, 2023.

                                            Respectfully submitted,

                                            Jessica D. Aber
                                            United States Attorney

Date:   February 22, 2022            By:   _____/s/_____
                                                 Jacques Singer-Emery
                                                 Special Assistant United States Attorney
                                                 United States Attorney's Office
                                                 Eastern District of Virginia
                                                 2100 Jamieson Avenue
                                                 Alexandria, VA 22314
                                                 Phone: (202) 305-5199
                                                 Fax: (703) 299-3980
                                                 E-mail: Jacques.Singer-Emery2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the defendant and serve all counsel of record.

                _____/s/_____
                Jacques Singer-Emery
                Special Assistant United States Attorney
                United States Attorney's Office
                Eastern District of Virginia
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Phone: (202) 305-5199
                Fax: (703) 299-3980
                E-mail: Jacques.Singer-Emery2@usdoj.gov